## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Graham, Brian K

Graham, Catherine M

Printed:  4/22/08

Case Number:  07 B 18021

Judge:  Wedoff, Eugene R

Filed:  10/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  March 6, 2008

Confirmed:  November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 350.00 |  |
| Secured: |  | 331.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 18.90 |
| Other Funds: |  | 0.00 |
| Totals: | 350.00 | 350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,774.00 | 0.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 17,510.92 | 331.10 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 15,951.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 450.20 | 0.00 |
| 6. | Capital One/Global Acceptance Credit Co | Unsecured | 264.70 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 98.90 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 116.74 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 220.24 | 0.00 |
| 10. | Wells Fargo Fin Acceptance | Unsecured | 1,364.14 | 0.00 |
| 11. | B-Real LLC | Unsecured | 316.25 | 0.00 |
| 12. | CitiFinancial | Unsecured | 2,198.73 | 0.00 |
| 13. | Aspire Visa | Unsecured | | No Claim Filed |
| 14. | Aspire Visa | Unsecured | | No Claim Filed |
| 15. | Charter One Bank | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 18. | Citizens Bank | Unsecured | | No Claim Filed |
| 19. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 20. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | Emerge Mastercard | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | KCA Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Graham, Brian K
           Graham, Catherine M
           Printed:  4/22/08

Case Number:  07 B 18021
Judge:  Wedoff, Eugene R
Filed:  10/2/07

| _____ | _____ |
| $ 41,265.82 | $ 331.10 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 18.90 |
| | _____ |
| | $ 18.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____